# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James L. Roudabush,

    Plaintiff,                                    JUDGMENT IN A CIVIL CASE

vs.                                                  3:11-cv-255-GCM

Thomas M. Belk, Jr., et al.,

    Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2011 Order.

                                        Signed: August 8, 2011

*(signature)*

Frank G. Johns, Clerk
United States District Court